IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-21099
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                        versus

IGNACIO BARRERA PEREZ, JR.,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. H-89-CR-175-30
_____

May 22, 1997

Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Ignacio Barrera Perez, Jr., appeals the sentence he received
after pleading guilty to conspiracy to possess with intent to
distribute marijuana and conspiracy to participate in an illegal
racketeering enterprise.  He argues that his base offense level
should have been reduced for the role he played in the conspiracy
and that the court failed to consider his age, family
responsibilities, military service, or employment record when it

_____

        [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

sentenced him.  We have reviewed the record and the parties' briefs and AFFIRM the district court's sentence.  <u>United States v. Winters</u>, 105 F.3d 200, 205 (5th Cir. 1997); <u>United States v. Zuniga</u>, 18 F.3d 1254, 1261 (5th Cir. 1994).

A F F I R M E D.